THE STATE EX REL. PCC AIRFOILS, INC., APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. PCC Airfoils, Inc. v. Indus.*
*Comm.,* 101 Ohio St.3d 204, 2004-Ohio-707.]

(No. 2003–1290—Submitted January 12, 2004—Decided March 3, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Millisor & Nobil Co., L.P.A., and John R. Slater, for appellant.

Jim Petro, Attorney General, and Erica L. Bass, Assistant Attorney General, for appellee Industrial Commission.

Law Office of Thomas Tootle and Thomas Tootle, for appellee Donna J. Cable.